```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 25417
   WILLIE MOORE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-5500


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 09/24/2008 and was not confirmed.

   The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
LASALLE BANK             CURRENT MORTG         .00           .00           .00
LASALLE BANK             SECURED NOT I    138807.51          .00           .00
EMC MORTGAGE CORPORATION MORTGAGE NOTI   NOT FILED           .00           .00
RJM ACQUISITIONS         UNSECURED           115.15          .00           .00
FORD MOTOR CREDIT        SECURED NOT I     15721.58          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------   ---------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                               /s/ Tom Vaughn
     Dated: 03/05/09           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```